THE COMMONWEALTH LIFE INSURANCE COMPANY et al., Respondents, *v.* GEORGE BOWMAN et al., Appellants.

(Argued October 10, 1882; decided November 14, 1882.)

THIS was an appeal from an order of General Term, affirming an order of Special Term denying a motion to set aside a sale under a judgment of foreclosure herein and for a resale of the mortgaged property.'

The court here say, "the grounds of motion so far as they have any support in the circumstances disclosed to us relate to certain formal methods of procedure not affecting the jurisdiction of the court, and therefore not reviewable here. (*Peck v. N. Y. & N. J. R'y Co.*, 85 N. Y. 246.) As the order asked for is not one which follows as of course, it is of little use to examine precedents, for each application must depend upon the circumstances of its case, and those here presented have not, in the estimation of the Supreme Court, established fraud or unfairness in the purchaser, or on the part of any person connected with the sale. There is abundant support for the conclusion reached by that court, and its decision must stand."

*George Bowman* and *Daniel E. Sickles* for appellants.

*Frederick R. Coudert* for respondents.

DANFORTH, J., reads for affirmance. All concur, except RAPALLO, J., absent.

Judgment affirmed.